UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02458-JLB-AAS

HOWARD COHAN,

    Plaintiff,

vs.

PLATINUM HOSPITALITY, LLC
a Florida Limited Liability Company
d/b/a HAMPTON INN

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PLATINUM HOSPITALITY, LLC, a Florida Limited Liability Company, d/b/a HAMPTON INN, (the Parties) by and through their undersigned counsel, hereby notify the Court that Parties have reached a settlement in principal and expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.  The Parties request that all pending deadlines should be stayed or extended to allow time to finalize settlement and dismissal documents.

    RESPECTFULLY SUBMITTED December 15, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Rocco Cafaro** |
| Gregory S. Sconzo, Esq. | Rocco Cafaro (FBN #507121) — Trial Counsel |
| Florida Bar No.: 0105553 | |

1

| | |
|---|---|
| Sconzo Law Office, P.A. | rocco.cafaro@hwhlaw.com |
| 3825 PGA Boulevard, Suite 207 | tracy.coale@hwhlaw.com |
| Palm Beach Gardens, FL 33410 | HILL, WARD & HENDERSON, P.A. |
| Telephone: (561) 729-0940 | 101 East Kennedy Blvd., Suite 3700 |
| Facsimile: (561) 491-9459 | Tampa, Florida 33602 |
| Email: greg@sconzolawoffice.com | Telephone (813) 221-3900 |
| Email: alexa@sconzolawoffice.com | Fax (813) 221-2900 |
| Attorney for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                       **/s/ Gregory S. Sconzo**
                                       **Gregory S. Sconzo, Esq.**